1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JACQUELINE NARD,

        Plaintiff

        v.                                                  C-1-06-322

COMMISSIONER OF SOCIAL SECURITY,

        Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 12) to which neither party has objected. On February 27, 2008, the Order to Show Cause (doc. no. 10) and the Report and Recommendation (doc. no. 12) were re-issued to the plaintiff by certified mail, return receipt requested. On March 20, the documents sent by certified mail were returned marked Return to Sender/Unclaimed/Unable to Forward.

Upon a *de novo* review of the record, the Court finds that the Magistrate Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. This Court accepts the Report as uncontroverted. The Report and Recommendation is **ADOPTED AND INCORPORATED** herein.

Accordingly, for the reasons stated in the Report and Recommendation (doc. no. 13) action is **DISMISSED** for lack of prosecution.

This matter is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

                                                                    s/Herman J. Weber
                                                        Herman J. Weber, Senior Judge
                                                          United States District Court