# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

JACQUELINE NARD,

      **Plaintiff**

-vs-                                                Case No.    C-1-06-322

COMMISSIONER OF SOCIAL SECURITY,

      **Defendant,**

_____

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X   Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

This case is Dismissed for want of prosecution. This matter is Terminated on the docket of this Court.

Date:  March 31, 2008                                    JAMES BONINI., CLERK

                                                              By:s/   Darlene Maury
                                                             Darlene Maury, Deputy Clerk